```
SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MOISES VILLALOBOS
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>Plaintiff,<br><br>vs.<br><br>PLASTIC DEPOT; CLYBOURN INDUSTRIAL PARTNERS, LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:25-cv-03406-FMO (MAAx)<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff MOISES VILLALOBOS ("Plaintiff") and Defendant CLYBOURN INDUSTRIAL PARTNERS, LLC have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: July 8, 2025               **SO. CAL EQUAL ACCESS GROUP**

                                                                             */s/ Jason J. Kim*
                                                    JASON J. KIM
                                                    Attorney for Plaintiff

DATED: July 8, 2025

By:    */s/ Jonathan Rubinfeld*
      Jonathan Rubinfeld,
      Attorney for Defendant
      CLYBOURN INDUSTRIAL PARTNERS, LLC

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Jason J. Kim*
    Jason J. Kim